UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> GILBERTO LOERA ) <br> ) | **MAGISTRATE JUDGE COLE** <br><br> CASE NUMBER: **08CR 0183** |

### AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before JEFFREY COLE, a United States Magistrate Judge, and being duly sworn on oath, states: that at the EASTERN DISTRICT OF MISSOURI, one GILBERTO LOERA, was charged in an indictment with INTERSTATE FAILURE TO PAY CHILD SUPPORT, in violation of Title 18, United States Code, Sections 228(a)(1) and 228(a)(3), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
William Luczak
Agent, U.S. Department of Health and Human Services

Subscribed and Sworn to before me this
27th Day of February, 2008

_____
JEFFREY COLE
United States Magistrate Judge

**FILED**
FEB 27 2008
February 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

# United States District Court

EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

GILBERT0 LOERA

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

4:08CR00113  JCH/TC

YOU ARE HEREBY COMMANDED to arrest GILBERTO LOERA and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Interstate failure to pay child support

in violation of Title 18, United States Code, Section(s) 228(a)(1) and 228(a)(3).

| JAMES WOODWARD | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *James Woodward* (signature) | February 14, 2008, St. Louis, Missouri |
| Signature of Issuing Officer | Date and Location |
| *Karen Moore* (signature) | by |
| (By) Deputy Clerk | Name of Judicial Officer |

10,000.00 10% surety

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN MISSOURI

0844-0215-0950 J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB 14 2008

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| GILBERTO LOERA, ) | 4:08CR00113 JCH |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern District of Missouri,

**GILBERTO LOERA,**

the Defendant herein, who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his child who resides in the State of Missouri and which obligation is in the amount greater than $5,000, that being more than $30,000.00, in violation of Title 18, United States Code, Section 228(a)(1).

### COUNT TWO

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern District of Missouri,

**GILBERTO LOERA,**

who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his child who resides in the State of Missouri in that the amount of arrearage exceeded $10,000 that being more than $30,000.00; in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.

/s/ *Jennifer Keller*
**FOREPERSON**

CATHERINE L. HANAWAY
United States Attorney

/s/ *Tracy L. Berry*
TRACY L. BERRY, 508314
Assistant United States Attorney

2

# USDC-EDMO
## CRIMINAL CASE COVER SHEET

**INDICTMENT** / **FILED**

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| | | No | Felony |

FEB 14 2008
U. S. DISTRICT COURT
E. DISTRICT OF MO.

ble __4:08CR00113    JCH__
ilable ___

o _If yes, original case number:_ _____
mation?   ___Yes    ___No
Complaint No. __

__x__ No  If yes, Magistrate name: ____

> surety

r dialect _____

/
Writ required  __Yes    __No
urt

Counts against this Defendant: __2__

| | | | |
|---|---|---|---|
| 18:228.P/1/7990/B34 | Interstate failure to pay child support (misdemeanor) | 1 | I nmt 6 months<br>F nmt $5,000.00 or both<br>Sup. Rel. nmt 1 yrs.<br>$10 Special Assessment/count |
| 18:228.F/4/7990/035 | Interstate failure to pay child support (felony) | 2 | I nmt 2 yrs.<br>F nmt $250,000.00 or both<br>Sup. Rel. nmt 1 yrs.<br>$100 Special Assessment/count |

**Return Date:** __February 14, 2008__      **Signature of AUSA** _____

Tracy L. Berry