Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 183 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Gilberto Loera | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/27/08. Defendant informed of his rights. Enter order appointing Piyush Chandra as counsel for defendant for the Removal Proceedings only. Defendant acknowledges understanding the charges and maximum penalty. Parties agree to bond. Enter order setting conditions of release on $10,000.000 Own Recognizance Bond. Case is removed to the Eastern District of Missouri for further proceeding under 4:08CR00113.

Docketing to mail notices.

00:20

Courtroom Deputy Initials: CDH