# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Gilberto Loera                                      **FILED** 08CR183

**FEB 2 7 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

For Removal Proceedings only

Chandra

| | |
|---|---|
| NAME (Type or print) | Piyush Chandra |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E. Monroe Street, Suite 2800 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312/621-8300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐